1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   SHIAO C. LEE (CABN 257413)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6924
       FAX: (415) 436-7234
8      shiao.lee@usdoj.gov

9  Attorneys for United States of America

10

               UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12

13 MICRON TECHNOLOGY INC.,                 )   CASE NO. CR 17-6932 MMC
                                           )
14         Plaintiff,                      )   CASE NO. CR 18-465 LHK
                                           )
15     v.                                  )
                                           )   UNITED STATES' MOTION TO FILE EX PARTE
16 UNITED MICROELECTRONICS                 )   FILING UNDER SEAL AND [PROPOSED] ORDER
   CORPORATION, FUJIAN JINHUA              )
17 INTEGRATED CIRCUIT CO., LTD., and       )                    UNDER SEAL
   DOES 1-10,                              )
18                                         )
19         Defendants.                     )
   _____)
20 UNITED STATES OF AMERICA,               )
                                           )
21         Plaintiff,                      )
       v.                                  )
22                                         )
   UNITED MICROELECTONICS                  )
23 CORPORATION, INC.; FUJIAN JINHUA        )
   INTEGRATED CIRCUIT, CO., LTD.; CHEN     )
24 ZHENGKUN, a.k.a. STEPHEN CHEN; HE       )
   JIANTING, a.k.a. J.T. HO; and WANG      )
25 YUNGMING, a.k.a. KENNY WANG.            )
                                           )
26         Defendants.                     )
   _____)
27

28
                                    1
UNITED STATES' MOTION TO FILE EX PARTE FILING: CR 17-6932 MMC AND 18-465 LHK

The United States moves the Court for an order authorizing the *ex parte* and under seal filing of this motion and the Notice of Related Case, submitted herewith, giving notice that the civil case of *Micron Technology Inc. v. United Microelectronics Corp.*, Case No. CR 17-6932 MMC, filed on December 5, 2017 and assigned initially to Hon. Jeffrey S. White and reassigned to the Hon. Maxine M. Chesney, is related to the under seal criminal case of *United States v. United Microelectronics Corp., Inc.*, Case No. CR 18-465 LHK, filed on September 27, 2018 and assigned to the Hon. Lucy H. Koh.

The government seeks to make this *ex parte*, under seal filing because this motion and the Notice of Related Case describes information related to an under seal criminal indictment not known to the subjects of the indictment and involving one or more of the same defendants as those in the civil case, CR 17-6932 MMC. Disclosure of the existence of the indictment may cause the subjects of the indictment to avoid service of process or destroy evidence, jeopardizing the prosecution of the criminal case. The United States is meeting with Taiwan authorities the week of October 15, 2018, to arrange for service of summons and to discuss other jurisdictional matters. All of the defendants are located overseas. The arraignment on this matter is scheduled for November 16, 2018, and the government anticipates that the matter will be unsealed prior to that time.

Accordingly, the government respectfully requests permission to file this motion and the document submitted herewith as an *ex parte* and under seal filing with the Court. The government further requests that any order related to this filing also be under seal.

DATED: October 9, 2018                                   Respectfully submitted,

                                                         ALEX G. TSE
                                                         United States Attorney

                                                         *John H. Hemann*
                                                         _____
                                                         JOHN H. HEMANN
                                                         SHIAO C. LEE
                                                         Assistant United States Attorneys

2
UNITED STATES' MOTION TO FILE EX PARTE FILING: CR 17-6932 MMC AND 18-465 LHK

## [PROPOSED] ORDER

On the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that the United States is authorized to file *ex parte* and under seal this Motion, the Notice of Related Case, and orders generated from this motion and the Notice of Related case, until further order of the Court.

Dated: _____

MAXINE M. CHESNEY
United States Senior District Judge