DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 285485)
Assistant United States Attorneys

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831
    FAX: (415) 436-7234
    Laura.Vartain@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
Trial Attorney, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel:  (202) 353-3434
    Fax:  (202) 233-2146
    Nicholas.Hunter@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-465 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING TRANSFER OF MATERIALS DESIGNATED UNDER THE PROTECTIVE ORDER TO HONG KONG |
| v. | |
| UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | |
| Defendants. | |

Pursuant to Paragraph 7(b) of the Protective Order (D.E. 79), the United States and defendants Fujian Jinhua Integrated Circuit Co. ("Jinhua") and United Microelectronics Corporation, Inc. ("UMC")

STIPULATION REGARDING TRANSFER TO HONG KONG
CR 18-465 MMC

jointly request a temporary modification of the restrictions on transporting materials designated as Confidential Materials to Defense Counsel's offices in Hong Kong.  The Protective Order allows a Receiving Party to transport Confidential Materials to Hong Kong.  The Receiving Party, however, "may not transmit them electronically to or through any country other than the United States."  Protective Order ¶ 7(b).   This provision, therefore, requires that Defense Counsel physically transport secured copies of Confidential Materials to their offices in Hong Kong.

Given the difficulty of travel due to the ongoing Coronavirus pandemic, the United States, Jinhua, and UMC jointly request that the Court allow materials marked as Confidential Materials to be electronically transmitted to Hong Kong under the following conditions: (1) the transfer is conducted utilizing a secure virtual private network ("VPN") connection; (2) the electronic files are encrypted using a minimum of 128-bit encryption (separate from the encryption used for the VPN connection); (3) the password for the encrypted files is transmitted separately from the files, via a telephone call or encrypted email, and consists of at least 12 characters consisting of upper case, lower case, special characters, and numbers.  Once the transfer is complete, the information may not be transmitted outside of Defense Counsels' secure network and may not be transmitted outside of Hong Kong.  Such temporarily-permissible electronic transmittal to Hong Kong also includes Defense Counsel accessing, through a secure HTTPS/SSL Tunnel, materials marked as Confidential Materials securely stored on servers located in the United States.  All other provisions in the protective order, including those regarding access to, storage, and handling of Confidential Materials in Hong Kong, remain in effect.

This agreement to allow the electronic transmittal of Confidential Materials to defense counsels' office in Hong Kong pursuant to the conditions above will remain in effect until August 31, 2020, subject to further agreement by the parties for further extensions of time.

SO STIPULATED AND AGREED

Dated: May 29, 2020

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

 /s/ Nicholas O. Hunter
LAURA VARTAIN HORN
Assistant United States Attorneys

STIPULATION REGARDING TRANSFER TO HONG KONG
CR 18-465 MMC

1
2
    NICHOLAS O. HUNTER
    Trial Attorney, National Security Division

3
     /s/ Christine Wong
4
    CHRISTINE WONG
    Attorney for Defendant
5
    Fujian Jinhua Integrated Circuit Co. Ltd.

6
     /s/ Leslie Caldwell
7
    LESLIE CALDWELL
    Attorney for Defendant
8
    United Microelectronics Corp., Inc.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING TRANSFER TO HONG KONG
CR 18-465 MMC

**[PROPOSED] ORDER**

Based upon the parties' stipulation and for good cause shown, the Court temporarily modifies the Protective Order (Dkt. No. 79) to allow for the transmission of materials designated as Confidential Materials to be electronically transmitted to Hong Kong pursuant to the following conditions: (1) the transfer is conducted utilizing a secure virtual private network ("VPN") connection; (2) the electronic files are encrypted using a minimum of 128-bit encryption (separate from the encryption used for the VPN connection); (3) the password for the encrypted files is transmitted separately from the files, via a telephone call or encrypted email, and consists of at least 12 characters consisting of upper case, lower case, special characters, and numbers.  Once the transfer is complete, the information may not be transmitted outside of Defense Counsels' secure network and may not be transmitted outside of Hong Kong.  Such temporarily-permissible electronic transmittal to Hong Kong also includes Defense Counsel accessing, through a secure HTTPS/SSL Tunnel, materials marked as Confidential Materials securely stored on servers located in the United States.  All other provisions in the protective order, including those regarding access to, storage, and handling of Confidential Materials in Hong Kong, remain in effect.

This modification of the Protective Order will expire on August 31, 2020, subject to further agreement by the parties to extend the modification and an order from the Court.

IT IS SO ORDERED

DATED: _____          _____
                                                                        HON. MAXINE M. CHESNEY
                                                                        United States District Judge