| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | LAURA VARTAIN HORN (CABN 285485)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6831 |
| 7 | FAX: (415) 436-7234<br>Laura.Vartain@usdoj.gov |
| 8 | |
| 9 | NICHOLAS O. HUNTER (DCBN 1022355)<br>STEPHEN JAMES MARZEN (NYBN 2007094) |
| 10 | Trial Attorney, National Security Division<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| 11 | Tel: (202) 353-3434<br>Fax: (202) 233-2146 |
| 12 | Nicholas.Hunter@usdoj.gov<br>stephen.marzen@usdoj.gov |
| 13 | |
| 14 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>UNITED MICROELECTRONICS<br>CORPORATION, et al.<br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:18 -CR-00465 MMC<br><br>NOTICE OF ATTORNEY APPEARANCE |

The United States hereby files this notice of appearance to advise the Court that Trial Attorney Stephen James Marzen, whose name, address, and telephone number is listed below, is appearing as an attorney to be noticed in the above-referenced case.

//

//

STEPHEN JAMES MARZEN
New York Bar Number 2007094
Trial Attorney, National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 616-1051
stephen.marzen@usdoj.gov

Please remove Assistant United States Attorney Jennifer Kennedy Gellie from the attorneys to be noticed in this case.  AUSA Gellie is no longer assigned to this matter.

DATED: August 4, 2020                                         Respectfully submitted,

                                                              DAVID L. ANDERSON
                                                              United States Attorney

                                                                       /s/
                                                              LAURA VARTAIN HORN
                                                              Assistant United States Attorney